Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com
Attorney for Plaintiff DORENE ARNELL BARTLETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORENE ARNELL BARTLETT ) | CASE NO.  8:21-cv-1086-GW-KK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |
| KILOLO KIJAKAZI, Acting ) Commissioner of Social Security, ) | |
| ) | |
| Defendant  ) | |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,300** as authorized by 28 U.S.C. §2412.

Dated:  March 9, 2023

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE